NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEO M. PARAVATI,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3082

---

Petition for review of the Merit Systems Protection Board in No. DC-0831-12-0425-I-3.

---

## ON MOTION

---

## O R D E R

Upon consideration of Leo M. Paravati's unopposed motion to withdraw his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

2                                    PARAVATI v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

ISSUED AS A MANDATE: July 28, 2014